IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATIENCE ISAACS, | : | Case No. 1:17-cv-58 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **ORDER DISMISSING CASE FOR WANT OF PROSECUTION** |
| KOHL'S DEPARTMENT STORE, *et al.,* | : | |
| Defendants. | : | |

 Plaintiff initiated this action on January 24, 2017, alleging employment discrimination in violation of federal and state law. (Doc. 1.) Plaintiff was represented by counsel.

 In May, 2018, counsel moved to withdraw from representation because Ms. Isaacs refused to communicate with counsel, thereby precluding effective representation. (Doc. 21.) The Court conducted a hearing and asked Ms. Isaacs to attend, but she did not appear. The Court then granted counsel's motion to withdraw and ordered Ms. Isaacs to inform the Court no later than July 5, 2018 whether she intended to retain new counsel or proceed *pro se*. (Doc. 23.) The Court specifically stated that failure to contact the Court by July 5, 2018 would result in dismissal with prejudice for want of prosecution. (*Id.* at PageID 179.)

 Ms. Isaacs has failed to contact the Court in any way. Accordingly, this matter is hereby dismissed with prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

 **IT IS SO ORDERED**.

 Dated: 07/11/2018     _s/Susan J. Dlott_____
               Judge Susan J. Dlott
               United States District Court

1